KELLY GREENE McCONNELL (ISB #4900)
ELIZABETH M. DONICK (ISB #8019)
GIVENS PURSLEY LLP
601 W. Bannock St.
P.O. Box 2720
Boise, ID 83701
Telephone: (208) 388-1200
Facsimile: (208) 388-1300
1270763_1 [5610-76]

Attorneys for Bank of America, N.A., and BAC Home
Loans Servicing LP

IN THE DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAVIER JIMENEZ AND ROSELIA OREGEL, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, a Delaware corporation; BANK OF AMERICA, N.A., a national bank; BAC HOME LOANS SERVICING LP, a foreign limited partnership; CENLAR FEDERAL SAVINGS BANK FSB dba CENLAR CENTRAL LOAN ADMINISTRATION AND REPORTING; and JOHN DOES I-V,<br><br>Defendants. | CASE NO. 1:11-CV-183-S-DVB<br><br>**STIPULATION FOR DISMISSAL** |

Plaintiffs, Javier Jimenez and Roselia Oregel by and through their counsel of record, and Defendants, Bank of America, N.A. and BAC Home Loans Servicing LP by and through their counsel of record, hereby stipulate to the dismissal of this entire action with prejudice, for the reason that this matter has been fully compromised and settled, each party to bear their own attorneys fees and costs.

DATED this 20th day of September, 2011.

**STIPULATION FOR DISMISSAL - 1**

GIVENS PURSLEY LLP

_____
Attorneys Bank of America, N.A., and BAC Home Loans Servicing LP

HAMMOND LAW OFFICE, PA

_____
Attorney for Plaintiffs

STIPULATION FOR DISMISSAL - 2